STATE OF NEBRASKA, APPELLEE, V. ROY E. WILLIAMS, APPELLANT.
467 N.W.2d 679

Filed April 5, 1991.   No. 90-258.

Thomas M. Kenney, Douglas County Public Defender, and Brian S. Munnelly for appellant.

Robert M. Spire, Attorney General, and Denise E. Frost for appellee.

HASTINGS, C.J., WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ., and COLWELL, D.J., Retired.

COLWELL, D.J., Retired.

Defendant, Roy E. Williams, was charged with burglary, see Neb. Rev. Stat. § 28-507 (Reissue 1989), convicted by a jury, and sentenced to 4 to 10 years' imprisonment. He appeals, claiming as error the following: (1) The evidence was insufficient to sustain the jury's finding of guilt, and (2) the sentence is excessive.

   " 'In determining whether evidence is sufficient to sustain a conviction in a jury trial, the Supreme Court does not resolve conflicts of evidence, pass on credibility of witnesses, evaluate explanations, or reweigh evidence presented to a jury, which are within a jury's province for disposition. A verdict in a criminal case must be sustained if the evidence, viewed and construed most favorably to the State, is sufficient to support that verdict.' "

State v. Sherrod, ante p. 114, 115, 464 N.W.2d 809, 810 (1991).

From our review of the record, we find the evidence is sufficient to sustain Williams' conviction.

There is no merit to the claim that the sentence of 4 to 10 years is excessive. Burglary under § 28-507 is a Class III felony, carrying as a maximum a 20-year sentence, a $25,000 fine, or both, and as a minimum a 1-year sentence. The sentence imposed is clearly within these statutory guidelines. "[A] sentence imposed within the statutorily prescribed limits will not be disturbed on appeal absent an abuse of discretion." *State v. Hall, ante* p. 169, 174-75, 465 N.W.2d 150, 154 (1991).

AFFIRMED.